**Order entered December 20, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-22-01049-CV

## IN THE ESTATE OF ROBERT S. KAM, DECEASED

**On Appeal from the Probate Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. PR-11-01368-3**

### ORDER

Before the Court is appellee's December 19, 2022 unopposed motion for a twenty-one day extension of time to file his brief. We **GRANT** the motion and **ORDER** the brief be filed no later than January 27, 2023.

/s/    ROBERT D. BURNS, III
        CHIEF JUSTICE